*Mr. Fritz Harris,* for Relatrix.

---

No. 5,082.—STATE EX REL. JAMES T. GARMAN ET AL., RELATORS, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application for Writ of Supervisory Control to set aside an order of the District Court of Missoula County admitting the will of Adam R. Garman, deceased, to probate.

Decided April 13, 1922.

PER CURIAM.—The application of relators for a writ of supervisory control is, after consideration by the court, denied.